## UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JESSICA MARCOS, | ) |
| | ) |
| Plaintiff | ) |
| | ) **Case No.:** |
| v. | ) |
| | ) 1:17-cv-11554-RWZ |
| SEQUIM ASSET SOLUTIONS, LLC | ) |
| F/K/A FOCUS RECEIVABLES | ) |
| MANAGEMENT, | ) |
| | ) |
| Defendant | ) |

## NOTICE OF SETTLEMENT

TO THE CLERK:

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached settlement. The parties anticipate filing a stipulation of dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41 (a) within sixty (60) days.

Dated: January 31, 2018        By: */s/ Craig Thor Kimmel*
　　　　　　　　　　　　　　　　　Craig Thor Kimmel, Esquire
　　　　　　　　　　　　　　　　　Kimmel & Silverman, P.C.
　　　　　　　　　　　　　　　　　30 E. Butler Pike
　　　　　　　　　　　　　　　　　Ambler, PA 19002
　　　　　　　　　　　　　　　　　Phone: (215) 540-8888
　　　　　　　　　　　　　　　　　Fax: (877) 788-2864
　　　　　　　　　　　　　　　　　Email: kimmel@creditlaw.com

## **CERTIFICATE OF SERVICE**

I, Craig Thor Kimmel, Esquire, do certify that I served a true and correct copy of the Notice of Settlement in the above-captioned matter, upon the following via CM/ECF system:

> Jeffrey Sankey, Esq.
> Sankey Law Offices, P.C.
> 25 Braintree Hill Park, Suite 200
> Braintree MA 02184
> Attorney for Defendant

Dated: January 31, 2018            By: */s/ Craig Thor Kimmel*
                                   Craig Thor Kimmel, Esquire
                                   Kimmel & Silverman, P.C.
                                   30 E. Butler Pike
                                   Ambler, PA 19002
                                   Phone: (215) 540-8888
                                   Fax: (877) 788-2864
                                   Email: kimmel@creditlaw.com