# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JESSICA MARCOS,<br>        **Plaintiff,**<br><br>   v.<br><br>SEQUIM ASSET SOLUTIONS, LLC<br>F/K/A FOCUS RECEIVABLES<br>MANAGEMENT,<br>        **Defendant.** | )<br>)<br>)<br>)<br>)  **Case No.:** 1:17-cv-11554-RWZ<br>)<br>)<br>)<br>)<br>) |

## STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal with prejudice and with each party to bear its own costs and fees.

| | |
|---|---|
| */s / Jeffrey Sankey* | */s/ Craig Thor Kimmel* |
| Jeffrey Sankey, Esq. | Craig Thor Kimmel, Esq. |
| Sankey Law Offices, P.C. | Kimmel & Silverman, P.C. |
| 25 Braintree Hill Park, Suite 200 | 30 East Butler Pike |
| Braintree MA 02184 | Ambler, PA 19002 |
| Phone: (781) 930-3127 | Phone: 215-540-8888 |
| Email: jsankey@sankeylaw.com | Fax: 877-788-2864 |
| Attorney for the Defendant | Email: kimmel@creditlaw.com |
| | Attorney for Plaintiff |
| Date: May 8, 2018 | Date: May 8, 2018 |

BY THE COURT:

_____
                                           J.

**Certificate of Service**

      I hereby certify that I have served a copy of the foregoing document by Notice of Electronic Filing on this 8th day of May, 2018:

Jeffrey Sankey, Esq.
Sankey Law Offices, P.C.
25 Braintree Hill Park, Suite 200
Braintree MA 02184
Phone: (781) 930-3127
Email: jsankey@sankeylaw.com

                                            */s/ Craig Thor Kimmel*
                                            Craig Thor Kimmel, Esq.
                                            Kimmel & Silverman, P.C.
                                            30 East Butler Pike
                                            Ambler, PA 19002
                                            Phone: 215-540-8888
                                            Fax: 877-788-2864
                                            Email: kimmel@creditlaw.com
                                            Attorney for the Plaintiff